FILED
2020 JAN -2 AM 11:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>                                        PLAINTIFF(S)<br>v.<br><br>Monique Gregory Page<br><br>                                        DEFENDANT(S). | CASE NUMBER<br><br>~~13CR3913-DMS~~ ED20-0001M<br><br>**AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: <u>Probation Violation Petition</u>
in the <u>Southern</u> District of <u>California</u> on <u>3/13/2017</u>
at <u>unknown</u> ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about <u>unknown</u>
in violation of Title <u>18</u> U.S.C., Section(s) <u>3583</u>
to wit: <u>Probation Violation</u>

A warrant for defendant's arrest was issued by: <u>Clerk John Morrill</u>

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on <u>1/2/20</u>, by

_____*J. Bandel*_____, Deputy Clerk.

| | |
|---|---|
| _____<br>Signature of Agent | C. Levells<br>Print Name of Agent |
| USMS<br>Agency | DUSM<br>Title |

CR-52 (05/98)                                                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT